UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**JACKI DRESSLER,**

      **Plaintiff,**        CASE NO. 1:17-cv-06158

vs.

**CAPITAL ONE BANK (USA) N.A.**

      **Defendant.**

_____/

## NOTICE OF SETTLEMENT

    Plaintiff Jacki Dressler notifies this Court that Plaintiff and Capital One Bank (USA) N.A. have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

    Respectfully submitted the 13th day of June 2018.

                                                       By: _Peter J. Cozmyk_
                                                                    Peter J. Cozmyk
                                                                    Attorney for Plaintiff
                                                                    Jacki Dressler

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 13th day of June 2018, I caused a copy of the foregoing NOTICE OF SETTLEMENT to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

Erin L. Hoffman
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-8043
Email: erin.hoffman@faegrebd.com

Kate E Middleton
Faegre Baker Daniels LLP
311 S. Wacker Drive
Suite 4300
Chicago, IL 60606
(312) 212-6500
Email: kate.middleton@faegrebd.com

Sean J Powell
Faegre Baker Daniels LLP
311 South Wacker Drive, Suite 4300
Chicago, IL 60606
(312) 212-6500
Email: Sean.Powell@FaegreBD.com

By: *Jeremy Branch*
Jeremy Branch