UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACKIE DRESSLER<br>　　　　Plaintiff,<br>　v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br>　　　　Defendant, | Case No. 1:17-cv-06158<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE the parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

　　RESPECTFULLY SUBMITTED,

　　DATED: August 27, 2018

COZMYK LAW OFFICES, LLC.
By: s/*Peter Cozymk*
Peter Cozymk
6100 Oak Tree Blvd., Ste. 200
Independence, OH 44131
Attorney For Plaintiff

FAEGRE BAKER DANIELS LLP.
By: s/ *Erin L. Hoffman (with consent)*
 Erin Hoffman
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
Attorney for Defendant